UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH WATTS,
                         Plaintiff,

            -against-                      21 Civ. 8978 (LGS)

WARDEN CARTER, et al.,             ORDER

                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated December 21, 2021, required the parties to file a proposed joint letter and case management plan no later than fourteen days before the initial pretrial conference;

      WHEREAS, the initial pretrial conference is scheduled for February 16, 2022, at 4:00 P.M.;

      WHEREAS, on January 4, 2022, Defendants filed their waiver of service;

      WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

      **ORDERED** that, if Defendants are in communication with Plaintiff, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **February 11, 2022**. If Plaintiff refuses or is unable to cooperate in the preparation of these documents, Defendants shall prepare and file them by **February 11, 2022.** The letter shall include an explanation why the parties have not complied with the deadline.

Dated: February 10, 2022
       New York, New York

                                           LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE