```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
KENNETH WATTS,                                :
                            Plaintiff,        :
                                              :        21 Civ. 8978 (LGS)
             -against-                        :
                                              :              ORDER
WARDEN CARTER, et al.,                        :
                                              :
                            Defendants.       :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants filed a letter requesting an adjournment of the February 16, 2022, conference. It is hereby

**ORDERED** that a conference scheduled for February 16, 2022, at 4:00 P.M. is ADJOURNED to March 16, 2022, at 4:00 P.M. The conference will be telephonic on the following line: (888)363-4749; access code: 558-3333. It is further

**ORDERED** that the Warden or other official in charge of the Anna M. Kross Center in East Elmhurst, NY, or other facility in custody of Kenneth Watts, produce inmate Kenneth Watts, NYSID: 12558898Y, to an office in the facility with a reasonable degree of privacy to enable him to participate in a court conference through means of a teleconference from the facility to the United States Courthouse, Southern District of New York, on March 16, 2022, at 4:00 P.M. until completion. At the date and time set forth herein, counsel for the Defendants shall place the call to the facility and, with all parties on the line, dial in to the teleconference number provided above. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0288. Counsel for Defendants must (1) transmit this Order to the Warden forthwith; (2) contact the Anna M. Kross Center forthwith to arrange the call and to determine the telephone number at which Plaintiff will be reachable at the

above time and date.  The purpose of the conference is to discuss the possibility of settlement, any possible motions the parties may wish to make, and the schedule for discovery.  The parties should be prepared to discuss the type of discovery that will likely be sought.  It is further

**ORDERED** that no later than 14 days before the initial pretrial conference, the parties are directed to confer and jointly submit a proposed case management plan based on the Court's template, which is available at http://nysd.uscourts.gov/judge/Schofield. The parties are further directed to include with the Proposed Civil Case Management Plan one copy of the parties' pleadings and a joint letter, not to exceed 5 pages, providing the following information in separate paragraphs: (1) A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case, whether by trial, settlement or dispositive motion; (2) A brief statement by Plaintiff as to the basis of subject matter jurisdiction and venue, explaining why Plaintiff believes this matter is properly brought before this Court, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue; (3) A brief description of any (i) motions any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (ii) pending motions and (iii) other applications that are expected to be made at the status conference; (4) A brief description of any discovery that has already taken place, and any discovery that is likely to be admissible under the Federal Rules of Evidence and material to proof of claims and defenses raised in the pleadings. (This is narrower than the general scope of discovery stated in Rule 26(b)(1)); (5) A computation of each category of damages claimed, see Fed. R. Civ. P. 26(a)(1)(A)(iii); (6) A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and (7) Any other information that the parties believe may assist this Court in resolving the action. If this case has

been settled or otherwise terminated, the parties are not required to appear if a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent to Chambers before the date of the conference (Schofield_NYSDChambers@nysd.uscourts.gov).

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated: February 11, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**