UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH WATTS,                                  :
                   Plaintiff,    :
                                    :      21 Civ. 8978 (LGS)
       -against-                              :
                                    :            ORDER
WARDEN CARTER, et al.,                          :
                Defendants,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 16, 2022, the initial pretrial conference was held.

      WHEREAS, the Court advised the pro se Plaintiff that in order for the Court to hear his case, he must first go through the New York City Department of Correction's administrative grievance process. Plaintiff is advised that he should provide a detailed account of the wardens' use of excessive force against him, their taking of his property and any other allegations he wishes to bring.

      WHEREAS, the Court further advised Plaintiff that, only after Plaintiff has completed the administrative grievance process, should Plaintiff file an amended complaint to the Court through the Pro Se Intake Unit. It is hereby

      **ORDERED** that Plaintiff shall file a letter by April 25, 2022, describing the status of the administrative grievance process.

      The Clerk of Court is respectfully directed to send a copy of this order to the pro se Plaintiff.

Dated: March 17, 2022
      New York, New York

                                                       LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE