UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH WATTS,                                         :
                     Plaintiff,           :
                                       :      21 Civ. 8978 (LGS)
         -against-                             :
                                       :           <u>ORDER</u>
WARDEN CARTER, et al.,                              :
                     Defendants,    :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 16, 2022, the initial pretrial conference was held.

WHEREAS, the Court advised the pro se Plaintiff that in order for the Court to hear his case, he must first go through the New York City Department of Correction's administrative grievance process. Plaintiff is advised that he should provide a detailed account of the wardens' use of excessive force against him, their taking of his property and any other allegations he wishes to bring.

WHEREAS, the Court further advised Plaintiff that, only after Plaintiff has completed the administrative grievance process, should Plaintiff file an amended complaint to the Court through the Pro Se Intake Unit.

WHEREAS, the Court ordered Plaintiff to file a letter by April 25, 2022, describing the status of the administrative grievance process.

WHEREAS, the status letter was not filed. It is hereby

**ORDERED** that Plaintiff shall file a letter by May 31, 2022, describing the status of the administrative grievance process. Plaintiff is advised that failure to file the letter could result in dismissal of the case for failure to prosecute and failure to exhaust administrative remedies.

The Clerk of Court is respectfully directed to send a copy of this order to the pro se Plaintiff.

Dated: May 3, 2022
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE